UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-04786-HDV-MARx | Date November 24, 2025 |
| Title *Xiao Jian Sun v. Bank of America, N.A. et al.* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS— ORDER TO SHOW CAUSE RE: POSSIBLE ATTORNEY CONFLICT OF INTEREST**

The Court held a hearing on Defendants' Motion to Dismiss on November 20, 2025. [Dkt. 23]. An order re motion to dismiss is forthcoming.

At the hearing and for the reasons explained on the record, the Court raised the question of whether it is a conflict of interest that counsel Stinson LLP represents both Defendant Bank of America, N.A. and Defendant Wells Fargo Bank, N.A., given Defendants' potentially divergent interests in defending against the alleged fraud and negligence claims.

Accordingly, the Court orders Defendants' counsel to show cause in writing, by no later than December 2, 2025, explaining why its simultaneous representation of both Defendants in this action poses no conflict of interest.

**IT IS SO ORDERED.**